# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2021

162334

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

DONNA CONFORTI, Personal Representative
of the ESTATE OF JOHN CONFORTI,
      Plaintiff-Appellee,

v

STANLEY WEBSTER CORNELL and METRO
CONTROLS, INC.,
      Defendants-Appellants.

SC: 162334
COA: 348745
Macomb CC: 2017-002406-NI

_____/

On order of the Court, the application for leave to appeal the October 29, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2021

a0421

Clerk